UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMY CHARLES BEEBE,

Petitioner,

v.

DAVID SHOOK,

Respondent.

Case No. 3:26-cv-05487-JCC-TLF

ORDER

Having reviewed the unobjected to Report and Recommendation of the Honorable Theresa L. Fricke (Dkt. No. 12), United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DENIED as MOOT, and the Court DISMISSES the case with prejudice for lack of subject matter jurisdiction because petitioner is not in respondent's custody.

(3) The Clerk shall provide a copy of this order to plaintiff and to Judge Fricke.

//

Dated this 28th day of October 2026

JOHN C. COUGHENOUR
United States District Judge